```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-60367-CIV-GOLD
                              MAGISTRATE JUDGE P.A. WHITE
```

ROBERT EUGENE EASLEY          :

    Plaintiff,             :
                                                                     REPORT OF MAGISTRATE
v.                            :          JUDGE RE:
                                                                    VOLUNTARY DISMISSAL
EDGAR CRUZ, et al.,           :             (DE#5)

    Defendants.            :
_____

The plaintiff has filed a motion to voluntarily dismiss his civil rights complaint filed pursuant to 42 U.S.C. §1983, stating that his claim has no merit (DE#5).

It is therefore recommended that the motion to dismiss (DE#5) be granted, and this case be dismissed. The plaintiff has four years from July, 2008, if he wishes to re-file this case at a future date, and not run afoul of the Statute of Limitations.

Dated at Miami, Florida, this 15th day of March, 2010.

                                                                                 UNITED STATES MAGISTRATE JUDGE

cc:   Robert Eugene Easley, Pro Se
      DC# L11027
      Dade CI
      Address of record