UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60367-CIV-GOLD/WHITE

ROBERT EUGENE EASLEY,

    Plaintiff,
v.

EDGAR CRUZ, et. al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

THIS CAUSE comes before the Court on the Report and Recommendation (the"Report") [DE 7] of U.S. Magistrate Judge Patrick A. White filed on March 15, 2010. In the Report, Judge White recommends that Plaintiff's motion to voluntarily dismiss his civil rights complaint filed pursuant to 42 U.S.C. § 1983 [DE 5] be granted.  Upon an independent review of the Report and the record, it is hereby:

ORDERED AND ADJUDGED:

1. The Report **[DE 7]** is AFFIRMED AND ADOPTED.

2. The motion to voluntary dismiss the complaint **[DE 5]** is GRANTED without prejudice.  The plaintiff has four years from July, 2008, if he wishes to refile this case at a future date.

3. This case is CLOSED and all pending motions are DENIED AS MOOT.

DONE and ORDERED in Chambers in Miami, Florida, this 23rd day of March, 2010.

                                                                                   _____
                                                                                  THE HONORABLE ALAN S. GOLD
                                                                                  UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley

**Robert Eugene Easley** [L11027/D1-1112 ]
Dade Correctional Institution
19000 SW 377th Street
Florida City, FL 33034